**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **TOMMY TERRELL HOLLIS,,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **CASE NO. 7:07-CV-97 (HL)** |
| : | |
| : | |
| **ASHLEY PAULK, et al,** : | |
| **Defendants** : | |
| : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 27) filed January 18 , 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 12th day of February, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**