IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TOMMY TERRELL HOLLIS,         :
                              :
         Plaintiff,           :
                              :
    VS.                       :
                              :    7 : 07-CV-97 (HL)
ASHLEY PAULK, et al.,         :
                              :
         Defendants.          :

**RECOMMENDATION**

Presently pending in this *pro se* prisoner 42 U.S.C.§1983 action are numerous motions.

## 1. *Plaintiff's Motion to Amend (doc. 29)*

In this motion, plaintiff wishes to add thirty-two additional defendants to the action. In this amendment, plaintiff groups all of the defendants together, without specifying which official did what to him. Plaintiff had filed an earlier motion to add multiple defendants, but that motion was denied as the allegations were too vague to determine if they were frivolous or not. While plaintiff has provided more argument in this motion, specifically describing which constitutional rights and standard operating procedures were violated, he has lumped in all thirty two additional defendants without specifying what each individual did or not do that violated plaintiff's constitutional rights.

Consequently, it is the RECOMMENDATION of the undersigned that this motion to amend be **DENIED** without prejudice.

## 2. *Plaintiff's Motion to Dismiss (doc. 31) and Motion to Withdraw Motion (doc. 32)*

Plaintiff filed this motion to voluntarily dismiss this action. However, plaintiff then filed a motion to withdraw this motion (doc. 32). It is therefore the RECOMMENDATION of the undersigned that plaintiff's motion to dismiss (doc. 31) be **DENIED** and that his motion to withdraw

said motion to dismiss (doc. 32) be **GRANTED**.

*3. Plaintiff's Motion to Amend the Complaint (doc. 33)*

Plaintiff files this motion to amend his motion to amend naming additional parties, dropping some, clarifying others, etc.... Plaintiff is continuing to make piecemeal allegations against defendants contained in the original complaint and in his attempts at amending his complaint. In an effort to consolidate and clarify plaintiff's claims, it is the RECOMMENDATION of the undersigned that this motion to amend the complaint be **DENIED**. However, plaintiff may file one complete, concise, amended complaint that incorporates ALL of his complaints against the current defendants and any additional defendants. At that time, the undersigned will evaluate the new claims to determine if it is appropriate to add new defendants and claims.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 13th day of May, 2008.

    //S Richard L. Hodge
    RICHARD L. HODGE
    UNITED STATES MAGISTRATE JUDGE

msd