IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TOMMY TERRELL HOLLIS,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.<br>: 7:07-CV-97 (HL) |
| **ASHLEY PAULK, et al.,** | : |
| **Defendants.** | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 47), which recommends granting in part and denying in part Plaintiff's motion to amend (Doc. 36). Defendants filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 30th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc