IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TOMMY TERRELL HOLLIS, | : | |
| Plaintiff, | : | |
| VS. | : | Civil File Case No. |
| | : | 7 : 07-CV-97 (HL) |
| ASHLEY PAULK, et al., | : | |
| Defendants. | : | |

**RECOMMENDATION**

Presently pending in this *pro se* prisoner 42 U.S.C.§1983 action are plaintiff's motions for the entry of default or for default judgment (doc. 55 and 67).

Plaintiff asserts that defendants have failed to comply with the order regarding discovery within the time limit specified in the order at doc. 44, and therefore default judgment should be entered in his favor. However, the docket shows that defendants did comply with the court's order and served a copy of the discovery in question on March 3, 2009. (See doc. 53).

Therefore, it appears to the undersigned that defendants have complied with the order directing discovery, and that plaintiff's motions for default are without merit. It is the RECOMMENDATION of the undersigned that plaintiff's motions for default be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 4th day of November, 2009.

**S/ G. MALLON FAIRCLOTH**
**UNITED STATES MAGISTRATE JUDGE**

msd