IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**TOMMY TERRELL HOLLIS,**

      **Plaintiff**

**v.**                                           **CASE NO.  7:07-CV-97 (HL)**

**ASHLEY PAULK, et al,**

      **Defendants**

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 81) filed January 11, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection was filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 11th day of February, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**